BURTON E. SAYLES, as Executor and Trustee under the Will of LOUISA SAYLES, Deceased, Appellant, *v.* JOHN QUEIROLO, Respondent.

*Sayles* v. *Queirolo*, 143 App. Div. 958, affirmed.
(Argued March 1, 1912; decided March 19, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 27, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action of ejectment.

*Peter Ammon* for appellant.

*P. F. Scripture* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.